■ 11 ESSEX STREET CORP., Respondent, v TOWER INSURANCE COMPANY OF NEW YORK, Appellant. [816 NYS2d 910]—Order, Supreme Court, New York County (Emily Jane Goodman, J.), entered December 1, 2005, which, to the extent appealed from as limited by the briefs, denied defendant's motion for summary judgment dismissing the complaint, and granted plaintiff's cross motion to strike the fifth affirmative defense, unanimously affirmed, with costs, for the reasons stated in *242-44 E. 77th St., LLC v Greater N.Y. Mut. Ins. Co.* (31 AD3d 100, 105-106 [2006]). Concur—Buckley, P.J., Sullivan, Williams, Catterson and McGuire, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RICKY SAUNDERS, Appellant. [816 NYS2d 907]—Judgment, Supreme Court, New York County (Robert Stolz, J.), rendered on or about February 16, 2005, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *People v Saunders*, 52 AD2d 833 [1976]). We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal.

Pursuant to Criminal Procedure Law § 460.20, defendant may apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within 30 days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the judge or justice first applied to is final and no new application may thereafter be made to any other judge or justice.

We have considered and rejected the arguments raised in defendant's pro se supplemental brief. Concur—Buckley, P.J., Sullivan, Williams, Catterson and McGuire, JJ.